■ In the Matter of Marcus Johnson, Petitioner, v Marcy L. Kahn, Respondent. [874 NYS2d 857]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, as moot without costs or disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Sweeny, McGuire and DeGrasse, JJ.